**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| **ERIK B. CHERDAK** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 1:11-cv-1311 (LO/JFA)** |
| **CURTIS A. VOCK, et al.** | : | |
| **Defendants.** | : | |

## ~~PROPOSED~~ ORDER

Upon consideration of the Joint Stipulation filed by Plaintiff and Defendant Apple, Inc., it is hereby

ORDERED

1. Cherdak may serve a supplemental economic report regarding damages against Apple on July 6, 2012;

2. Apple will in turn have a one-week extension, until July 30, 2012, to serve its rebuttal economic report;

3. If Apple serves its rebuttal economic report after July 23, 2012, Cherdak may take the expert deposition of Apple's economic expert within one week past the August 10, 2012 close of discovery; and

4. Cherdak's Emergency Motion to Amend the Scheduling Order (ECF 148) and Amended Notice of Hearing (ECF 151) are withdrawn and the Hearing scheduled for Friday, July 6, 2012 is cancelled.

SO ORDERED.

Dated: July 5, 2012

_____/s/_____  JFA
John F. Anderson
United States Magistrate Judge